# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stahl, Norman H. | US Court of Appeals - 1st Circuit | 05/06/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

US Court of Appeals
1 Courthouse Way, Suite 8730
Boston, Massachusetts 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Board Member | Tufts Medical Center Board of Govenors |
| 3. | Member of the Board of Advisors | Warren B. Rudman Center for Justice, Leadership and Public Policy |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Ashland House Associates, LP, 9%, Bedford, NH - Rental Income | E | Rent | M | W | | | | | |
| 2. | Citizen's Bank, Cash, Checking and MM | A | Interest | K | T | | | | | |
| 3. | | | | | | | | | | |
| 4. | Trust # 1 -- Common Stocks | D | Int./Div. | O | T | | | | | |
| 5. | -Exxon Mobil | | | | | | | | | |
| 6. | -Kellogg Co | | | | | | | | | |
| 7. | -Pepsico | | | | | | | | | |
| 8. | -Charles Schwab Corp. | | | | | | | | | |
| 9. | -EBAY Inc. | | | | | | | | | |
| 10. | -Google, Inc. Class A (Note 1) | | | | | | | | | |
| 11. | -Google, Inc. Class C | | | | | Spinoff (from line 10) | 04/02/14 | J | | |
| 12. | | | | | | Buy (add'l) | 09/30/14 | J | | |
| 13. | | | | | | Buy (add'l) | 11/28/14 | J | | |
| 14. | | | | | | Buy (add'l) | 12/16/14 | J | | |
| 15. | -Nestle SA | | | | | | | | | |
| 16. | -Coca Cola Company | | | | | Sold (part) | 08/18/14 | J | A | |
| 17. | | | | | | Sold | 08/28/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 57

**Name of Person Reporting**

Stahl, Norman H.

**Date of Report**

05/06/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Diageo PLC | | | | | Buy (add'l) | 01/30/14 | J | | |
| 19. | | | | | Buy (add'l) | 02/26/14 | J | | |
| 20. | | | | | Buy (add'l) | 02/26/14 | J | | |
| 21. | | | | | Buy (add'l) | 03/17/14 | J | | |
| 22. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 23. | | | | | Sold (part) | 09/15/14 | J | | |
| 24. | | | | | Sold (part) | 12/18/14 | J | | |
| 25.   -McDonalds Corp | | | | | Sold (part) | 01/09/14 | J | B | |
| 26. | | | | | Sold | 01/10/14 | J | A | |
| 27.   -Scripps NTWK | | | | | | | | | |
| 28.   -Time Warner Inc | | | | | Buy (add'l) | 02/05/14 | J | | |
| 29. | | | | | Sold (part) | 08/05/14 | J | C | |
| 30.   -Time, Inc. | | | | | Spinoff (from line 28) | 06/06/14 | J | | |
| 31. | | | | | Sold (part) | 06/11/14 | J | A | |
| 32. | | | | | Sold | 06/13/14 | J | A | |
| 33.   -Anheuser-Busch InBev | | | | | | | | | |
| 34.   -Walt Disney Co | | | | | Sold (part) | 01/15/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -William Sonoma | | | | | | | | | |
| 36. -Cheesecake Factory Inc. | | | | | | | | | |
| 37. -Blackrock, Inc. | | | | | Sold (part) | 04/02/14 | J | B | |
| 38. | | | | | Sold (part) | 06/23/14 | J | B | |
| 39. | | | | | Sold | 06/24/14 | J | A | |
| 40. -Coach Inc. | | | | | Sold | 01/07/14 | J | | |
| 41. -Dominos Pizza Inc | | | | | Sold | 11/28/14 | J | D | |
| 42. -Nike Inc. Class B | | | | | Sold (part) | 12/10/14 | J | B | |
| 43. -Apple | | | | | Sold (part) | 05/29/14 | J | A | |
| 44. | | | | | Sold (part) | 06/09/14 | J | A | |
| 45. | | | | | Sold (part) | 08/18/14 | J | A | |
| 46. -Qualcomm | | | | | Sold (part) | 09/11/14 | J | A | |
| 47. | | | | | Sold (part) | 09/12/14 | J | A | |
| 48. | | | | | Sold | 09/15/14 | J | A | |
| 49. -PetSmart | | | | | Sold (part) | 04/30/14 | J | | |
| 50. | | | | | Sold (part) | 05/06/14 | J | | |
| 51. | | | | | Sold | 05/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -DirectTV | | | | | Sold | 02/14/14 | J | B | |
| 53. -Marriott | | | | | Sold (part) | 08/28/14 | J | B | |
| 54. | | | | | Sold | 09/29/14 | J | C | |
| 55. -Ralph Lauren | | | | | Buy (add'l) | 02/05/14 | J | | |
| 56. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 57. -Dick's Sporting | | | | | Sold | 06/02/14 | J | | |
| 58. -Unilever | | | | | Buy (add'l) | 01/08/14 | J | | |
| 59. | | | | | Sold (part) | 05/09/14 | J | A | |
| 60. | | | | | Sold (part) | 09/25/14 | J | A | |
| 61. | | | | | Sold (part) | 10/10/14 | J | A | |
| 62. | | | | | Sold | 10/17/14 | J | A | |
| 63. -Lululemon Athletica | | | | | Buy (add'l) | 02/28/14 | J | | |
| 64. | | | | | Sold (part) | 07/11/14 | J | | |
| 65. -Grainger | | | | | Buy | 01/09/14 | J | | |
| 66. | | | | | Buy (add'l) | 02/07/14 | J | | |
| 67. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 68. | | | | | Buy (add'l) | 10/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 70. -Whole Foods | | | | | Buy | 01/09/14 | J | | |
| 71. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 72. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 73. -Starbucks | | | | | Buy | 02/28/14 | J | | |
| 74. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 75. -AMC Networks Inc. | | | | | Buy | 05/07/14 | J | | |
| 76. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 77. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 78. -Panera Bread | | | | | Buy | 06/05/14 | J | | |
| 79. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 80. | | | | | Buy (add'l) | 06/16/14 | J | | |
| 81. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 82. | | | | | Sold (part) | 10/03/14 | J | A | |
| 83. | | | | | Sold | 10/29/14 | J | A | |
| 84. -Visa Inc CL A | | | | | Buy | 06/23/14 | J | | |
| 85. | | | | | Buy (add'l) | 08/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 87. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 88. -LVMH MOET | | | | | Buy | 08/19/14 | J | | |
| 89. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 90. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 91. -United Parcel Service | | | | | Buy | 08/27/14 | J | | |
| 92. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 93. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 94. -The Priceline Group | | | | | Buy | 09/15/14 | J | | |
| 95. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 96. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 97. | | | | | | | | | |
| 98. Trust # 1 -Money Market Accounts | A | Dividend | K | T | | | | | |
| 99. -Acct, Schwab Govt Money Fund | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. Trust # 1 -- Treasury Bonds/Bills | D | Interest | O | T | | | | | |
| 102. -US Treas Note 0%, 03/15/14 | | | | | Matured | 03/17/14 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -US Treas Note .25%, Due 09/30/14 | | | | | Buy | 03/19/14 | O | | |
| 104. | | | | | Buy (add'l) | 07/11/14 | L | | |
| 105. | | | | | Matured | 09/30/14 | O | | |
| 106. -US Treas Note .25%, Due 03/31/15 | | | | | Buy | 10/01/14 | O | | |
| 107. | | | | | | | | | |
| 108. Trust # 2 -- Common Stock (IRA) | E | Dividend | P1 | T | | | | | |
| 109. -Apple | | | | | Buy (add'l) | 01/03/14 | J | | |
| 110. | | | | | Sold (part) | 01/21/14 | K | C | |
| 111. | | | | | Buy (add'l) | 01/29/14 | J | | |
| 112. | | | | | Buy (add'l) | 01/31/14 | J | | |
| 113. | | | | | Sold (part) | 04/30/14 | J | C | |
| 114. | | | | | Sold (part) | 05/19/14 | J | B | |
| 115. | | | | | Sold (part) | 05/21/14 | J | B | |
| 116. | | | | | Sold (part) | 05/29/14 | J | C | |
| 117. | | | | | Sold (part) | 06/09/14 | J | B | |
| 118. | | | | | Sold (part) | 06/10/14 | J | B | |
| 119. | | | | | Sold (part) | 07/23/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 08/19/14 | J | B | |
| 121. | | | | | Sold (part) | 08/29/14 | J | C | |
| 122. | | | | | Sold (part) | 09/22/14 | J | B | |
| 123. | | | | | Sold (part) | 09/23/14 | J | B | |
| 124. | | | | | Sold (part) | 10/09/14 | J | B | |
| 125. | | | | | Sold (part) | 10/24/14 | J | B | |
| 126. | | | | | Sold (part) | 10/28/14 | J | B | |
| 127. | | | | | Sold (part) | 11/14/14 | J | C | |
| 128. | | | | | Sold (part) | 11/20/14 | J | C | |
| 129. | | | | | Sold (part) | 11/24/14 | J | B | |
| 130. | | | | | Sold (part) | 11/25/14 | J | B | |
| 131. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 132.  -Google, Inc. Class A (Note 1) | | | | | Sold (part) | 01/02/14 | J | B | |
| 133. | | | | | Sold (part) | 01/21/14 | J | C | |
| 134. | | | | | Sold (part) | 02/26/14 | J | C | |
| 135. | | | | | Buy (add'l) | 03/26/14 | J | | |
| 136. | | | | | Buy (add'l) | 03/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 08/19/14 | J | B | |
| 138.   -Google, Inc. Class C | | | | | Spinoff (from line 132) | 04/02/14 | J | | |
| 139. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 140. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 141. | | | | | Buy (add'l) | 04/23/14 | J | | |
| 142. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 143. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 144. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 145. | | | | | Buy (add'l) | 06/16/14 | J | | |
| 146. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 147. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 148. | | | | | Buy (add'l) | 11/17/14 | J | | |
| 149. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 150. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 151. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 152. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 153. | | | | | Buy (add'l) | 12/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 155.   -McDonalds | | | | | Sold (part) | 01/02/14 | J | | |
| 156. | | | | | Sold (part) | 01/07/14 | J | | |
| 157. | | | | | Sold (part) | 01/09/14 | L | B | |
| 158. | | | | | Sold | 01/10/14 | K | C | |
| 159.   -Diageo PLC | | | | | Sold (part) | 01/02/14 | J | B | |
| 160. | | | | | Sold (part) | 01/21/14 | J | C | |
| 161. | | | | | Buy (add'l) | 01/30/14 | J | | |
| 162. | | | | | Buy (add'l) | 02/13/14 | J | | |
| 163. | | | | | Buy (add'l) | 02/26/14 | J | | |
| 164. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 165. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 166. | | | | | Buy (add'l) | 03/17/14 | J | | |
| 167. | | | | | Sold (part) | 04/14/14 | J | A | |
| 168. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 169. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 170. | | | | | Buy (add'l) | 07/28/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 172. | | | | | Sold (part) | 09/15/14 | J | | |
| 173. | | | | | Sold (part) | 09/16/14 | J | | |
| 174. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 175. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 176. | | | | | Sold (part) | 12/18/14 | J | | |
| 177.  -Nestle | | | | | Sold (part) | 01/02/14 | L | E | |
| 178. | | | | | Buy (add'l) | 06/16/14 | K | | |
| 179. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 180.  -Scripps Networks Interactive | | | | | Sold (part) | 01/02/14 | J | C | |
| 181. | | | | | Sold (part) | 01/21/14 | J | | |
| 182. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 183. | | | | | Sold (part) | 08/19/14 | J | B | |
| 184. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 185. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 186. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 187. | | | | | Buy (add'l) | 11/06/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 12/18/14 | J | A | |
| 189.  -Time Warner | | | | | Buy (add'l) | 01/07/14 | K | | |
| 190. | | | | | Buy (add'l) | 01/08/14 | J | | |
| 191. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 192. | | | | | Sold (part) | 01/21/14 | K | | |
| 193. | | | | | Buy (add'l) | 02/25/14 | J | | |
| 194. | | | | | Buy (add'l) | 03/27/14 | J | | |
| 195. | | | | | Sold (part) | 06/02/14 | J | C | |
| 196. | | | | | Sold (part) | 06/18/14 | J | B | |
| 197. | | | | | Sold (part) | 06/26/14 | J | C | |
| 198. | | | | | Sold (part) | 07/03/14 | J | C | |
| 199. | | | | | Sold (part) | 07/16/14 | J | D | |
| 200. | | | | | Sold (part) | 07/17/14 | J | D | |
| 201. | | | | | Sold (part) | 07/18/14 | J | D | |
| 202. | | | | | Sold (part) | 10/20/14 | J | C | |
| 203. | | | | | Sold (part) | 10/23/14 | J | C | |
| 204. | | | | | Sold (part) | 11/25/14 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 11/26/14 | J | C | |
| 206. | | | | | Sold (part) | 12/18/14 | J | B | |
| 207.  -Time, Inc. | | | | | Spinoff (from line 189) | 06/06/14 | J | | |
| 208. | | | | | Sold (part) | 06/09/14 | J | A | |
| 209. | | | | | Sold (part) | 06/11/14 | J | B | |
| 210. | | | | | Sold | 06/13/14 | J | B | |
| 211.  -EBay, Inc. | | | | | Sold (part) | 01/02/14 | J | B | |
| 212. | | | | | Buy (add'l) | 01/06/14 | J | | |
| 213. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 214. | | | | | Sold (part) | 01/21/14 | K | D | |
| 215. | | | | | Sold (part) | 01/23/14 | J | D | |
| 216. | | | | | Sold (part) | 02/24/14 | J | D | |
| 217. | | | | | Sold (part) | 02/26/14 | J | C | |
| 218. | | | | | Sold (part) | 02/27/14 | J | B | |
| 219. | | | | | Sold (part) | 03/06/14 | J | B | |
| 220. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 221. | | | | | Buy (add'l) | 04/10/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 223. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 224. | | | | | Buy (add'l) | 05/28/14 | J | | |
| 225. | | | | | Sold (part) | 08/04/14 | K | | |
| 226. | | | | | Sold (part) | 08/08/14 | J | A | |
| 227. | | | | | Sold (part) | 08/18/14 | J | A | |
| 228. | | | | | Sold (part) | 08/19/14 | J | A | |
| 229. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 230. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 231. | | | | | Sold (part) | 11/12/14 | J | | |
| 232. | | | | | Sold (part) | 11/13/14 | J | A | |
| 233. | | | | | Sold (part) | 11/17/14 | J | A | |
| 234. | | | | | Sold (part) | 12/11/14 | J | A | |
| 235. -Marriot Intl | | | | | Sold (part) | 01/02/14 | J | A | |
| 236. | | | | | Sold (part) | 01/21/14 | K | C | |
| 237. | | | | | Sold (part) | 04/01/14 | J | B | |
| 238. | | | | | Sold (part) | 04/07/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 04/09/14 | J | B | |
| 240. | | | | | Sold (part) | 04/15/14 | J | B | |
| 241. | | | | | Sold (part) | 04/16/14 | J | B | |
| 242. | | | | | Sold (part) | 05/01/14 | J | B | |
| 243. | | | | | Sold (part) | 05/02/14 | J | B | |
| 244. | | | | | Sold (part) | 06/20/14 | J | B | |
| 245. | | | | | Sold (part) | 07/03/14 | J | C | |
| 246. | | | | | Sold (part) | 07/11/14 | J | A | |
| 247. | | | | | Sold (part) | 08/14/14 | K | D | |
| 248. | | | | | Sold | 08/15/14 | J | C | |
| 249. -Anheuser-Busch InBev | | | | | Sold (part) | 01/02/14 | J | B | |
| 250. | | | | | Buy (add'l) | 03/07/14 | J | | |
| 251. | | | | | Sold (part) | 12/18/14 | J | A | |
| 252. -Disney Walt Co | | | | | Sold (part) | 01/21/14 | J | C | |
| 253. | | | | | Sold (part) | 03/04/14 | J | C | |
| 254. | | | | | Sold (part) | 12/18/14 | J | C | |
| 255. -Williams Sonoma | | | | | Buy (add'l) | 01/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 01/21/14 | J | A | |
| 257. | | | | | Buy (add'l) | 02/13/14 | J | | |
| 258. | | | | | Buy (add'l) | 02/25/14 | J | | |
| 259. | | | | | Sold (part) | 03/13/14 | J | B | |
| 260. | | | | | Sold (part) | 04/01/14 | J | B | |
| 261. | | | | | Sold (part) | 04/02/14 | J | C | |
| 262. | | | | | Sold (part) | 06/06/14 | J | C | |
| 263. | | | | | Sold (part) | 06/24/14 | J | C | |
| 264. | | | | | Sold (part) | 07/01/14 | J | C | |
| 265. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 266. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 267. | | | | | Buy (add'l) | 09/04/14 | J | | |
| 268. -Cheesecake Factory Inc. | | | | | Sold (part) | 01/21/14 | J | A | |
| 269. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 270. | | | | | Buy (add'l) | 04/24/14 | J | | |
| 271. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 272. | | | | | Buy (add'l) | 05/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 08/12/14 | J | | |
| 274. | | | | | Sold (part) | 12/18/14 | J | A | |
| 275.  -Blackrock Inc. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 276. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 277. | | | | | Sold (part) | 06/18/14 | J | C | |
| 278. | | | | | Sold (part) | 06/23/14 | K | D | |
| 279. | | | | | Sold | 06/24/14 | J | B | |
| 280.  -Coach Inc. | | | | | Sold (part) | 01/03/14 | J | A | |
| 281. | | | | | Sold (part) | 01/06/14 | K | A | |
| 282. | | | | | Sold | 01/07/14 | K | C | |
| 283.  -Dominos Pizza Inc | | | | | Sold (part) | 02/26/14 | J | C | |
| 284. | | | | | Sold (part) | 03/14/14 | J | D | |
| 285. | | | | | Buy (add'l) | 05/01/14 | J | | |
| 286. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 287. | | | | | Sold (part) | 10/16/14 | J | D | |
| 288. | | | | | Sold (part) | 10/23/14 | J | C | |
| 289. | | | | | Sold (part) | 10/28/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 11/04/14 | J | A | |
| 291. | | | | | Sold (part) | 11/06/14 | J | B | |
| 292. | | | | | Sold | 11/07/14 | J | A | |
| 293. -Nike Inc. | | | | | Buy (add'l) | 03/25/14 | J | | |
| 294. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 295. | | | | | Sold (part) | 10/15/14 | J | C | |
| 296. | | | | | Sold (part) | 11/17/14 | J | C | |
| 297. | | | | | Sold (part) | 11/19/14 | J | C | |
| 298. | | | | | Sold (part) | 11/24/14 | J | B | |
| 299. | | | | | Sold (part) | 11/28/14 | J | A | |
| 300. -Coca Cola | | | | | Sold (part) | 01/02/14 | J | A | |
| 301. | | | | | Sold (part) | 01/21/14 | J | A | |
| 302. | | | | | Buy (add'l) | 02/19/14 | J | | |
| 303. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 304. | | | | | Sold (part) | 04/10/14 | J | A | |
| 305. | | | | | Sold (part) | 04/15/14 | J | A | |
| 306. | | | | | Sold (part) | 08/12/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 08/13/14 | J | A | |
| 308. | | | | | Sold (part) | 08/15/14 | K | B | |
| 309. | | | | | Sold (part) | 08/18/14 | J | B | |
| 310. | | | | | Sold (part) | 08/19/14 | J | A | |
| 311. | | | | | Sold (part) | 08/21/14 | J | A | |
| 312. | | | | | Sold (part) | 08/26/14 | J | A | |
| 313. | | | | | Sold (part) | 08/27/14 | J | A | |
| 314. | | | | | Sold | 08/28/14 | K | C | |
| 315.  -Petsmart, Inc. | | | | | Buy (add'l) | 01/02/14 | J | | |
| 316. | | | | | Sold (part) | 01/02/14 | J | | |
| 317. | | | | | Buy (add'l) | 01/07/14 | J | | |
| 318. | | | | | Buy (add'l) | 01/09/14 | J | | |
| 319. | | | | | Buy (add'l) | 01/15/14 | J | | |
| 320. | | | | | Buy (add'l) | 01/21/14 | J | | |
| 321. | | | | | Sold (part) | 01/21/14 | K | | |
| 322. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 323. | | | | | Sold (part) | 04/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 04/10/14 | J | | |
| 325. | | | | | Sold (part) | 04/11/14 | J | | |
| 326. | | | | | Sold (part) | 04/21/14 | K | | |
| 327. | | | | | Sold (part) | 04/23/14 | J | | |
| 328. | | | | | Sold (part) | 04/28/14 | K | | |
| 329. | | | | | Sold (part) | 04/29/14 | J | | |
| 330. | | | | | Sold | 05/08/14 | K | | |
| 331.  -Qualcomm, Inc. | | | | | Sold (part) | 01/02/14 | J | A | |
| 332. | | | | | Sold (part) | 01/21/14 | K | B | |
| 333. | | | | | Sold (part) | 02/20/14 | J | B | |
| 334. | | | | | Sold (part) | 03/26/14 | J | B | |
| 335. | | | | | Sold (part) | 03/27/14 | J | B | |
| 336. | | | | | Sold (part) | 04/01/14 | J | B | |
| 337. | | | | | Sold (part) | 04/09/14 | J | B | |
| 338. | | | | | Sold (part) | 04/17/14 | J | B | |
| 339. | | | | | Sold (part) | 08/19/14 | J | A | |
| 340. | | | | | Sold (part) | 09/09/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 09/10/14 | J | B | |
| 342. | | | | | Sold (part) | 09/11/14 | J | B | |
| 343. | | | | | Sold (part) | 09/12/14 | L | D | |
| 344. | | | | | Sold | 09/15/14 | K | C | |
| 345.  -DirecTV | | | | | Sold (part) | 01/02/14 | J | A | |
| 346. | | | | | Sold (part) | 01/21/14 | J | B | |
| 347. | | | | | Sold (part) | 01/29/14 | J | A | |
| 348. | | | | | Sold (part) | 01/30/14 | J | A | |
| 349. | | | | | Sold (part) | 01/31/14 | J | A | |
| 350. | | | | | Sold (part) | 02/05/14 | J | A | |
| 351. | | | | | Sold (part) | 02/11/14 | J | A | |
| 352. | | | | | Sold (part) | 02/12/14 | J | B | |
| 353. | | | | | Sold (part) | 02/13/14 | J | B | |
| 354. | | | | | Sold | 02/14/14 | K | D | |
| 355.  -Dick's Sporting | | | | | Sold (part) | 01/02/14 | J | | |
| 356. | | | | | Sold (part) | 01/21/14 | J | | |
| 357. | | | | | Buy (add'l) | 01/23/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 359. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 360. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 361. | | | | | Sold (part) | 05/20/14 | J | | |
| 362. | | | | | Sold (part) | 05/22/14 | J | | |
| 363. | | | | | Sold (part) | 05/28/14 | J | | |
| 364. | | | | | Sold | 05/30/14 | J | | |
| 365. -Ralph Lauren | | | | | Buy (add'l) | 01/08/14 | J | | |
| 366. | | | | | Buy (add'l) | 01/16/14 | J | | |
| 367. | | | | | Buy (add'l) | 01/21/14 | J | | |
| 368. | | | | | Sold (part) | 01/21/14 | J | | |
| 369. | | | | | Buy (add'l) | 02/05/14 | J | | |
| 370. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 371. | | | | | Buy (add'l) | 03/25/14 | J | | |
| 372. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 373. | | | | | Buy (add'l) | 05/12/14 | J | | |
| 374. | | | | | Sold (part) | 09/05/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 12/18/14 | J | A | |
| 376.  -Unilever | | | | | Buy (add'l) | 01/02/14 | K | | |
| 377. | | | | | Buy (add'l) | 01/08/14 | J | | |
| 378. | | | | | Buy (add'l) | 01/09/14 | J | | |
| 379. | | | | | Sold (part) | 01/21/14 | J | A | |
| 380. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 381. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 382. | | | | | Sold (part) | 04/11/14 | J | A | |
| 383. | | | | | Sold (part) | 04/14/14 | J | A | |
| 384. | | | | | Sold (part) | 04/25/14 | J | A | |
| 385. | | | | | Sold (part) | 05/09/14 | J | A | |
| 386. | | | | | Sold (part) | 05/12/14 | J | A | |
| 387. | | | | | Sold (part) | 05/15/14 | J | A | |
| 388. | | | | | Sold (part) | 05/16/14 | J | A | |
| 389. | | | | | Sold (part) | 05/19/14 | J | A | |
| 390. | | | | | Sold (part) | 09/24/14 | J | A | |
| 391. | | | | | Sold (part) | 09/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 10/01/14 | J | A | |
| 393. | | | | | Sold (part) | 10/06/14 | J | A | |
| 394. | | | | | Sold (part) | 10/09/14 | J | A | |
| 395. | | | | | Sold (part) | 10/10/14 | J | A | |
| 396. | | | | | Sold (part) | 10/13/14 | J | A | |
| 397. | | | | | Sold (part) | 10/14/14 | J | A | |
| 398. | | | | | Sold | 10/17/14 | J | A | |
| 399. -Lululemon Athletica | | | | | Sold (part) | 01/02/14 | J | | |
| 400. | | | | | Buy (add'l) | 01/06/14 | J | | |
| 401. | | | | | Sold (part) | 01/21/14 | J | | |
| 402. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 403. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 404. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 405. | | | | | Buy (add'l) | 04/21/14 | J | | |
| 406. | | | | | Buy (add'l) | 04/23/14 | J | | |
| 407. | | | | | Buy (add'l) | 05/28/14 | J | | |
| 408. | | | | | Sold (part) | 06/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 08/06/14 | J | | |
| 410. | | | | | Sold (part) | 08/08/14 | J | | |
| 411. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 412. | | | | | Buy (add'l) | 11/11/14 | J | | |
| 413. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 414. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 415. | | | | | Buy (add'l) | 12/08/14 | J | | |
| 416. | | | | | Sold (part) | 12/15/14 | J | | |
| 417. | | | | | Sold (part) | 12/18/14 | J | | |
| 418. | | | | | Sold (part) | 07/29/14 | J | | |
| 419. -AMC Networks Inc. | | | | | Buy | 04/29/14 | J | | |
| 420. | | | | | Buy (add'l) | 05/08/14 | K | | |
| 421. | | | | | Buy (add'l) | 05/09/14 | J | | |
| 422. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 423. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 424. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 425. | | | | | Buy (add'l) | 08/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 427. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 428. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 429. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 430. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 431. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 432. -Grainger | | | | | Buy | 01/06/14 | J | | |
| 433. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 434. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 435. | | | | | Buy (add'l) | 02/07/14 | J | | |
| 436. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 437. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 438. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 439. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 440. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 441. | | | | | Buy (add'l) | 07/08/14 | J | | |
| 442. | | | | | Buy (add'l) | 07/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 57

Name of Person Reporting

Stahl, Norman H.

Date of Report

05/06/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 444. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 445. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 446. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 447. | | | | | Buy (add'l) | 11/10/14 | J | | |
| 448. | | | | | Buy (add'l) | 11/12/14 | J | | |
| 449. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 450. | | | | | Buy (add'l) | 11/17/14 | J | | |
| 451. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 452. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 453. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 454. | | | | | Sold (part) | 12/18/14 | J | | |
| 455. -LVMH MOET | | | | | Buy | 08/19/14 | K | | |
| 456. | | | | | Buy (add'l) | 08/22/14 | K | | |
| 457. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 458. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 459. | | | | | Buy (add'l) | 09/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 57

Name of Person Reporting

Stahl, Norman H.

Date of Report

05/06/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 461. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 462. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 463. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 464. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 465. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 466. | | | | | Buy (add'l) | 10/07/14 | J | | |
| 467. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 468. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 469. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 470. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 471. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 472. | | | | | Sold (part) | 12/28/14 | J | | |
| 473. -The Priceline Group | | | | | Buy | 09/12/14 | L | | |
| 474. | | | | | Buy (add'l) | 09/15/14 | K | | |
| 475. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 476. | | | | | Buy (add'l) | 10/09/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 478. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 479. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 480. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 481. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 482. | | | | | Buy (add'l) | 11/28/14 | K | | |
| 483. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 484. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 485. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 486. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 487. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 488. | | | | | Sold (part) | 12/29/14 | J | | |
| 489. -Panera Bread Co. | | | | | Buy | 05/30/14 | J | | |
| 490. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 491. | | | | | Buy (add'l) | 06/10/14 | K | | |
| 492. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 493. | | | | | Buy (add'l) | 06/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 495. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 496. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 497. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 498. | | | | | Sold (part) | 08/19/14 | J | | |
| 499. | | | | | Sold (part) | 08/20/14 | J | | |
| 500. | | | | | Sold (part) | 10/01/14 | J | A | |
| 501. | | | | | Sold (part) | 10/02/14 | J | A | |
| 502. | | | | | Sold (part) | 10/03/14 | J | A | |
| 503. | | | | | Sold (part) | 10/07/14 | J | A | |
| 504. | | | | | Sold (part) | 10/20/14 | J | A | |
| 505. | | | | | Sold (part) | 10/24/14 | J | A | |
| 506. | | | | | Sold | 10/29/14 | K | B | |
| 507. -Starbucks | | | | | Buy | 02/28/14 | K | | |
| 508. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 509. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 510. | | | | | Buy (add'l) | 04/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 57

Name of Person Reporting

Stahl, Norman H.

Date of Report

05/06/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 512. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 513. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 514. | | | | | Sold (part) | 06/19/14 | J | A | |
| 515. | | | | | Sold (part) | 07/07/14 | J | A | |
| 516. | | | | | Sold (part) | 08/19/14 | J | A | |
| 517. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 518. | | | | | Sold (part) | 10/23/14 | J | A | |
| 519. | | | | | Sold (part) | 10/28/14 | J | A | |
| 520. | | | | | Sold (part) | 10/30/14 | J | A | |
| 521. | | | | | Sold (part) | 12/05/14 | J | B | |
| 522. | | | | | Sold (part) | 12/18/14 | J | A | |
| 523. -United Parcel Service | | | | | Buy | 08/27/14 | J | | |
| 524. | | | | | Buy (add'l) | 08/28/14 | K | | |
| 525. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 526. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 527. | | | | | Buy (add'l) | 09/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 529. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 530. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 531. | | | | | Sold (part) | 12/10/14 | J | A | |
| 532. | | | | | Sold (part) | 12/15/14 | J | A | |
| 533. | | | | | Sold (part) | 12/18/14 | J | A | |
| 534.  -Visa, Inc. | | | | | Buy | 06/23/14 | K | | |
| 535. | | | | | Buy (add'l) | 06/24/14 | K | | |
| 536. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 537. | | | | | Buy (add'l) | 07/08/14 | K | | |
| 538. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 539. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 540. | | | | | Buy (add'l) | 08/12/14 | J | | |
| 541. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 542. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 543. | | | | | Buy (add'l) | 09/04/14 | J | | |
| 544. | | | | | Buy (add'l) | 09/05/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 546. | | | | | Sold (part) | 12/03/14 | J | B | |
| 547. | | | | | Sold (part) | 12/08/14 | J | B | |
| 548. | | | | | Sold (part) | 12/09/14 | J | A | |
| 549. | | | | | Sold (part) | 12/11/14 | J | A | |
| 550. -Wholefoods Foods Market, Inc. | | | | | Buy | 01/08/14 | J | | |
| 551. | | | | | Buy (add'l) | 01/09/14 | J | | |
| 552. | | | | | Buy (add'l) | 01/10/14 | K | | |
| 553. | | | | | Sold (part) | 01/21/14 | J | | |
| 554. | | | | | Buy (add'l) | 02/13/14 | J | | |
| 555. | | | | | Sold (part) | 03/04/14 | J | A | |
| 556. | | | | | Buy (add'l) | 03/27/14 | J | | |
| 557. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 558. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 559. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 560. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 561. | | | | | Buy (add'l) | 05/07/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Stahl, Norman H.**

Date of Report

05/06/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 563. | | | | | Buy (add'l) | 05/19/14 | J | | |
| 564. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 565. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 566. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 567. | | | | | Sold (part) | 06/12/14 | J | | |
| 568. | | | | | Buy (add'l) | 07/18/14 | J | | |
| 569. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 570. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 571. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 572. | | | | | Sold (part) | 11/06/14 | J | | |
| 573. | | | | | Sold (part) | 11/07/14 | J | | |
| 574. | | | | | Sold (part) | 11/10/14 | J | | |
| 575. | | | | | Sold (part) | 11/17/14 | J | | |
| 576. | | | | | Sold (part) | 11/26/14 | J | | |
| 577. | | | | | Sold (part) | 11/28/14 | J | | |
| 578. | | | | | Sold (part) | 12/04/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 12/15/14 | J | A | |
| 580. | | | | | Sold (part) | 12/18/14 | J | | |
| 581. | | | | | Sold (part) | 12/29/14 | J | A | |
| 582. | | | | | | | | | |
| 583. Trust # 2 -- Money Market Funds (IRA) | A | Dividend | L | T | | | | | |
| 584. -Schwab Govt Money Fund | | | | | | | | | |
| 585. | | | | | | | | | |
| 586. Trust # 2 -- Bonds/Bills/Notes (IRA) | D | Interest | P1 | T | | | | | |
| 587. -US Treas Note 1.25%, 03/15/14 | | | | | Buy (add'l) | 01/23/14 | N | | |
| 588. | | | | | Matured | 03/17/14 | P1 | | |
| 589. -US Treas Note 0.25% Due 9/30/14 | | | | | Buy | 03/19/14 | P1 | | |
| 590. | | | | | Matured | 09/30/14 | P1 | | |
| 591. -US Treas Note 0.25% Due 3/31/15 | | | | | Buy | 10/01/14 | P1 | | |
| 592. | | | | | | | | | |
| 593. Trust # 3 -- Common Stock | E | Dividend | P1 | T | | | | | |
| 594. -Exxon Mobil | | | | | | | | | |
| 595. -Pepsico | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. -Diageo PLC | | | | | Buy (add'l) | 02/26/14 | J | | |
| 597. | | | | | Buy (add'l) | 03/17/14 | J | | |
| 598. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 599. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 600. | | | | | Sold (part) | 09/16/14 | J | | |
| 601. | | | | | Sold (part) | 12/18/14 | J | | |
| 602. | | | | | Sold (part) | 12/26/14 | J | | |
| 603. -Ebay Inc | | | | | Buy (add'l) | 01/10/14 | J | | |
| 604. | | | | | Sold (part) | 01/23/14 | J | C | |
| 605. | | | | | Sold (part) | 02/26/14 | J | C | |
| 606. | | | | | Sold (part) | 02/27/14 | J | D | |
| 607. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 608. | | | | | Sold (part) | 08/18/14 | J | | |
| 609. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 610. | | | | | Sold (part) | 11/13/14 | J | A | |
| 611. | | | | | Sold (part) | 11/14/14 | J | A | |
| 612. -Google Inc, Class A (Note 1) | | | | | Sold (part) | 01/02/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 03/27/14 | J | | |
| 614. -Google Inc. Class C | | | | | Spinoff (from line 612) | 04/02/14 | J | | |
| 615. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 616. | | | | | Buy (add'l) | 04/21/14 | J | | |
| 617. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 618. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 619. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 620. -McDonalds Corp | | | | | Sold (part) | 01/07/14 | J | A | |
| 621. | | | | | Sold (part) | 01/09/14 | K | B | |
| 622. | | | | | Sold | 01/10/14 | J | C | |
| 623. -Nestle | | | | | | | | | |
| 624. -Scripps NTWK | | | | | Buy (add'l) | 11/06/14 | J | | |
| 625. -Time Warner Inc | | | | | Buy (add'l) | 01/07/14 | J | | |
| 626. | | | | | Buy (add'l) | 03/27/14 | J | | |
| 627. | | | | | Sold (part) | 07/17/14 | J | D | |
| 628. | | | | | Sold (part) | 07/18/14 | J | D | |
| 629. -Time, Inc. | | | | | Spinoff (from line 625) | 06/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold | 06/11/14 | J | B | |
| 631. -Anheuser-Busch InBev | | | | | | | | | |
| 632. -Disney Walt Co | | | | | Sold (part) | 01/15/14 | J | C | |
| 633. -Williams Sonoma | | | | | Buy (add'l) | 02/13/14 | J | | |
| 634. | | | | | Sold (part) | 06/23/14 | J | | |
| 635. -Cheesecake Factory | | | | | Buy (add'l) | 05/30/14 | J | | |
| 636. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 637. -Blackrock Inc. | | | | | Sold (part) | 01/16/14 | J | C | |
| 638. | | | | | Sold (part) | 04/02/14 | J | B | |
| 639. | | | | | Sold (part) | 06/23/14 | J | D | |
| 640. | | | | | Sold | 06/24/14 | J | B | |
| 641. -Coach, Inc. | | | | | Sold (part) | 01/02/14 | J | | |
| 642. | | | | | Sold (part) | 01/06/14 | J | | |
| 643. | | | | | Sold | 01/07/14 | K | A | |
| 644. -Dominos Pizza Inc. | | | | | Sold (part) | 03/13/14 | J | C | |
| 645. | | | | | Sold (part) | 11/14/14 | J | C | |
| 646. | | | | | Sold | 11/28/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647.  -Nike Inc Class B | | | | | Sold (part) | 11/14/14 | J | B | |
| 648. | | | | | Sold (part) | 12/10/14 | J | B | |
| 649.  -Apple | | | | | Buy (add'l) | 01/10/14 | J | | |
| 650. | | | | | Sold (part) | 05/29/14 | J | C | |
| 651. | | | | | Sold (part) | 07/28/14 | J | B | |
| 652. | | | | | Sold (part) | 08/29/14 | J | A | |
| 653. | | | | | Sold (part) | 10/23/14 | J | A | |
| 654. | | | | | Sold (part) | 11/14/14 | J | C | |
| 655.  -Coca Cola | | | | | Buy (add'l) | 02/19/14 | J | | |
| 656. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 657. | | | | | Sold (part) | 04/15/14 | J | A | |
| 658. | | | | | Sold (part) | 08/12/14 | J | A | |
| 659. | | | | | Sold (part) | 08/13/14 | J | A | |
| 660. | | | | | Sold (part) | 08/15/14 | J | A | |
| 661. | | | | | Sold (part) | 08/18/14 | J | A | |
| 662. | | | | | Sold (part) | 08/21/14 | J | A | |
| 663. | | | | | Sold (part) | 08/27/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Stahl, Norman H.

05/06/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold | 08/28/14 | J | B | |
| 665.  -Qualcomm | | | | | Sold (part) | 03/26/14 | J | B | |
| 666. | | | | | Sold (part) | 04/01/14 | J | B | |
| 667. | | | | | Sold (part) | 09/09/14 | J | A | |
| 668. | | | | | Sold (part) | 09/10/14 | J | A | |
| 669. | | | | | Sold (part) | 09/12/14 | K | C | |
| 670. | | | | | Sold | 09/15/14 | J | B | |
| 671.  -Petsmart | | | | | Buy (add'l) | 01/06/14 | J | | |
| 672. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 673. | | | | | Sold (part) | 04/11/14 | J | | |
| 674. | | | | | Sold (part) | 04/17/14 | J | | |
| 675. | | | | | Sold (part) | 04/21/14 | J | | |
| 676. | | | | | Sold (part) | 04/24/14 | J | | |
| 677. | | | | | Sold (part) | 04/29/14 | J | | |
| 678. | | | | | Sold (part) | 04/30/14 | J | | |
| 679. | | | | | Sold | 05/07/14 | J | | |
| 680.  -DirecTV | | | | | Sold (part) | 02/07/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold (part) | 02/12/14 | J | A | |
| 682. | | | | | Sold (part) | 02/13/14 | J | B | |
| 683. | | | | | Sold | 02/14/14 | J | B | |
| 684. -Marriot | | | | | Sold (part) | 07/28/14 | J | C | |
| 685. | | | | | Sold (part) | 08/04/14 | J | C | |
| 686. | | | | | Sold (part) | 08/18/14 | J | C | |
| 687. | | | | | Sold (part) | 08/21/14 | J | C | |
| 688. | | | | | Sold (part) | 08/28/14 | J | C | |
| 689. | | | | | Sold | 09/29/14 | J | C | |
| 690. -Dick's Sporting Goods | | | | | Buy (add'l) | 01/23/14 | J | | |
| 691. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 692. | | | | | Sold (part) | 05/20/14 | J | | |
| 693. | | | | | Sold (part) | 05/22/14 | J | | |
| 694. | | | | | Sold (part) | 05/28/14 | J | | |
| 695. | | | | | Sold (part) | 05/30/14 | J | | |
| 696. | | | | | Sold | 06/02/14 | J | | |
| 697. -Ralph Lauren | | | | | Buy (add'l) | 01/16/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 699. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 700. | | | | | Buy (add'l) | 04/24/14 | J | | |
| 701. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 702. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 703. | | | | | Sold (part) | 09/05/14 | J | A | |
| 704. -Unilever | | | | | Buy (add'l) | 01/02/14 | J | | |
| 705. | | | | | Buy (add'l) | 01/08/14 | J | | |
| 706. | | | | | Buy (add'l) | 01/15/14 | J | | |
| 707. | | | | | Sold (part) | 05/09/14 | J | A | |
| 708. | | | | | Sold (part) | 05/12/14 | J | A | |
| 709. | | | | | Sold (part) | 05/16/14 | J | A | |
| 710. | | | | | Sold (part) | 09/24/14 | J | A | |
| 711. | | | | | Sold (part) | 10/01/14 | J | A | |
| 712. | | | | | Sold (part) | 10/10/14 | J | | |
| 713. | | | | | Sold (part) | 10/13/14 | J | A | |
| 714. | | | | | Sold | 10/17/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

Stahl, Norman H.

05/06/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715.  -Lululemon Athletics | | | | | Buy (add'l) | 01/08/14 | K | | |
| 716. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 717. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 718. | | | | | Buy (add'l) | 05/28/14 | J | | |
| 719. | | | | | Sold (part) | 06/23/14 | J | | |
| 720. | | | | | Sold (part) | 07/11/14 | J | | |
| 721. | | | | | Sold (part) | 11/14/14 | J | | |
| 722. | | | | | Sold (part) | 11/25/14 | J | | |
| 723. | | | | | Sold (part) | 12/12/14 | J | | |
| 724.  -AMC Networks | | | | | Buy | 04/29/14 | J | | |
| 725. | | | | | Buy (add'l) | 05/09/14 | J | | |
| 726. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 727. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 728. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 729. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 730. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 731. | | | | | Buy (add'l) | 12/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732.  -Grainger | | | | | Buy | 01/06/14 | J | | |
| 733. | | | | | Buy (add'l) | 01/09/14 | J | | |
| 734. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 735. | | | | | Buy (add'l) | 02/07/14 | J | | |
| 736. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 737. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 738. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 739. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 740. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 741. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 742. | | | | | Sold (part) | 11/14/14 | J | | |
| 743. | | | | | Buy (add'l) | 11/17/14 | J | | |
| 744.  -LVMH MOET | | | | | Buy | 08/19/14 | K | | |
| 745. | | | | | Buy (add'l) | 08/22/14 | K | | |
| 746. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 747. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 748. | | | | | Buy (add'l) | 09/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE  (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 750. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 751. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 752. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 753. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 754. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 755. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 756. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 757.   -The Priceline Group | | | | | Buy | 09/12/14 | K | | |
| 758. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 759. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 760. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 761. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 762. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 763. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 764. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 765.   -Panera Bread Co. | | | | | Buy | 06/05/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Stahl, Norman H.

05/06/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 767. | | | | | Buy (add'l) | 06/11/14 | J | | |
| 768. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 769. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 770. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 771. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 772. | | | | | Sold (part) | 10/03/14 | J | A | |
| 773. | | | | | Sold (part) | 10/23/14 | J | A | |
| 774. | | | | | Sold | 10/29/14 | J | C | |
| 775.　-Starbucks | | | | | Buy | 02/28/14 | J | | |
| 776. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 777. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 778.　-United Parcel Service | | | | | Buy | 08/27/14 | J | | |
| 779. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 780. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 781. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 782. | | | | | Buy (add'l) | 09/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 783. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 784. -Visa | | | | | Buy | 06/23/14 | J | | |
| 785. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 786. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 787. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 788. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 789. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 790. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 791. | | | | | Buy (add'l) | 08/12/14 | J | | |
| 792. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 793. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 794. -Whole Foods Market, Inc. | | | | | Buy | 01/09/14 | J | | |
| 795. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 796. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 797. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 798. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 799. | | | | | Buy (add'l) | 05/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 801. | | | | | Sold (part) | 06/12/14 | J | | |
| 802. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 803. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 804. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 805. | | | | | Sold (part) | 11/06/14 | J | | |
| 806. | | | | | Sold (part) | 11/07/14 | J | | |
| 807. | | | | | Sold (part) | 11/14/14 | J | A | |
| 808. | | | | | Sold (part) | 11/26/14 | J | A | |
| 809. | | | | | | | | | |
| 810. Trust # 3 -- Bonds/Bills/Notes | C | Interest | N | T | | | | | |
| 811. -US Treas Note 1.25%, 03/15/14 | | | | | Matured | 03/17/14 | N | | |
| 812. -US Treas Note 0.25% Due 9/30/14 | | | | | Buy | 03/19/14 | N | | |
| 813. | | | | | Matured | 09/30/14 | N | | |
| 814. -US Treas Note 0.25% Due 3/31/15 | | | | | Buy | 10/01/14 | N | | |
| 815. | | | | | | | | | |
| 816. Trust # 3 -- Money Market Funds | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. -Schwab Govt Money Fund | | | | | | | | | |
| 818. | | | | | | | | | |
| 819. Trust # 4 - Bonds | E | Interest | N | T | | | | | |
| 820. -Wenham MA Bond 4.95%, 06/01/2017 | | | | | | | | | |
| 821. -Las Vegas NV GO 5% 04/01/2015 Bond | | | | | | | | | |
| 822. -Lowell MA GO 5% 12/15/2015 Bond | | | | | | | | | |
| 823. -Massachusetts St Sch Bldg Auth Bond, 5%, 08/15/2014 | | | | | Matured | 08/15/14 | K | | |
| 824. -Massachusetts St Dev Fin Bond, 5%, 09/01/2019 | | | | | | | | | |
| 825. -Town of Braintree MA 5%, 05/15/2019 | | | | | | | | | |
| 826. -Houston Tex ARPT Sys Rev 5%, 07/01/2021 | | | | | | | | | |
| 827. -Massachusetts St Wtr 5 %, 08/01/2021 | | | | | | | | | |
| 828. -Broward Cnty Fla 5%, 10/01/2017 | | | | | | | | | |
| 829. -Pittsfield Mass Rfdg St 5%, 03/01/2020 | | | | | | | | | |
| 830. -Massachusetts Bay Transn Auth 5% 07/01/2022 | | | | | | | | | |
| 831. - Tyler TX Indep Sch Dist 5% 02/15/2023 (Note 2) | | | | | | | | | |
| 832. - Nebraska St Public Powr Dist 5% 01/01/2025 (Note 3) | | | | | | | | | |
| 833. -Nevada St Highway Impt Revenue Bond 12/01/2018 | | | | | Sold | 11/24/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Stahl, Norman H.

05/06/2015

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  -Oklahoma St Wtr Resource Bond 04/01/2020 | | | | | | | | | |
| 835.  -Marshfield MA Muni Purpose Bond 11/01/2024 | | | | | | | | | |
| 836.  -Miami-Dade Cnty FL Spl Oblig Bond 02/01/2015 | | | | | Matured | 06/19/14 | K | | |
| 837.  -Althens, AL 5% 02/01/2023 | | | | | Buy | 06/20/14 | K | | |
| 838.  -MA ST Wtr Poll 08/01/2017 | | | | | Buy | 08/18/14 | K | | |
| 839.  -TX Southmost CLG 5% 02/15/2025 | | | | | Buy | 11/21/14 | K | | |
| 840. | | | | | | | | | |
| 841. | | | | | | | | | |
| 842.  Trust # 5 -IRA | C | Dividend | L | T | | | | | |
| 843.  -ALPS ETF TR Alerian MLP | | | | | Sold (part) | 08/27/14 | J | A | |
| 844. | | | | | Sold (part) | 09/30/14 | J | A | |
| 845.  -Altria Group Inc. | | | | | Sold (part) | 09/30/14 | J | A | |
| 846.  -Bank of Montreal | | | | | | | | | |
| 847.  -Diamond Offshore Drilling Inc. | | | | | Sold | 05/23/14 | J | A | |
| 848.  -National Retial Properties, Inc. | | | | | | | | | |
| 849.  -BCE Inc. New | | | | | | | | | |
| 850.  -Dominion Resources Inc. | | | | | Sold (part) | 05/23/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | | |

Stahl, Norman H.

05/06/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold | 05/27/14 | J | A | |
| 852. -Eli Lilly & Co | | | | | | | | | |
| 853. -Health Care Reit Inc. | | | | | | | | | |
| 854. -Lorillard, Inc. | | | | | | | | | |
| 855. -Lockheed Martin Corp. | | | | | Sold (part) | 09/30/14 | J | A | |
| 856. -Merck & Co Inc. | | | | | | | | | |
| 857. -Microchip Technology Inc. | | | | | | | | | |
| 858. -Royal Dutch Shell PLC | | | | | | | | | |
| 859. -American Electric Power | | | | | | | | | |
| 860. -Chevron | | | | | | | | | |
| 861. -Darden | | | | | Sold | 10/29/14 | J | A | |
| 862. -Bank of Nova Scotia | | | | | | | | | |
| 863. -HSBC Holdings PLC | | | | | | | | | |
| 864. -Baytex Energy Corp | | | | | Buy | 08/27/14 | J | | |
| 865. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 866. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 867. | | | | | Buy (add'l) | 09/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/06/2015 |

Stahl, Norman H.

05/06/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 869. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 870. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 871. -Plum Creek Timber Co | | | | | Buy | 05/23/14 | J | | |
| 872. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 873. | | | | | Buy (add'l) | 05/28/14 | J | | |
| 874. | | | | | Buy (add'l) | 05/29/14 | J | | |
| 875. -Ventas Inc. | | | | | Buy | 10/29/14 | J | | |
| 876. | | | | | | | | | |
| 877. Trust # 5, Money Market | A | Dividend | J | T | | | | | |
| 878. -Federated Money Markt Oblig Tr Automated Govt Money Tr | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Google, Inc. Class A:  Referred to as Google on the 2013 FDR.  "Inc. Class A" is added to the Google corporation description due to the Spin-off of Google, Inc. Class  C on 04/02/14.

Note 2: Tyler TX Indep Sch Dist. 5% 02/15/2023:  The due date on 2013 FDR was inadvertently reported as 02/15/2022. The due date should instead be 02/15/2023.

Note 3: Nebraska St. Public Powr Dist. 5% 01/01/2025: The due date on 2013 FDR was inadvertently reported as 10/17/2025. The due date should instead be 01/01/2025.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Norman H. Stahl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544